IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-cv-662-BR

| | |
|---|---|
| Progressive Southeastern Insurance Company, | )<br>)<br>) |
| Plaintiff, | )<br>) **ENTRY OF DEFAULT** |
| vs. | )<br>)<br>) |
| Arbormax Tree Service, LLC; Arbormax, LLC; Timothy Lawrence Robbins; Jennifer Dawn Robbins; Donald Wayne Caulder, Jr.; Michael Barlow, Administrator of the Estate of Michelle Barlow; Michael Barlow, individually, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

Currently pending before the clerk are Plaintiff's requests for entry of default as to Defendants Arbormax Tree Service, LLC, Arbormax, LLC, Timothy Lawrence Robbins, Jennifer Dawn Robbins, and Donald Wayne Caulder, Jr. From the record before the clerk it appears that each of these Defendants has been properly served with the Summons and Complaint and has failed to answer or otherwise respond within the time permitted by rule. Accordingly, it is ORDERED that Plaintiff's requests for entry of default are ALLOWED and default is entered against Defendants Arbormax Tree Service, LLC, Arbormax, LLC, Timothy Lawrence Robbins, Jennifer Dawn Robbins, and Donald Wayne Caulder, Jr.

Dated: October 5, 2016

_____
Julie Richards Johnston
Clerk of Court