IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-662-BR

| | |
|---|---|
| Progressive Southeastern Insurance Company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Arbormax Tree Service, LLC; Arbormax, )<br>LLC; Timothy Lawrence Robbins; Jennifer )<br>Dawn Robbins; Donald Wayne Caulder, Jr.; )<br>Michael Barlow, Administrator of the )<br>Estate of Michelle Barlow; Michael Barlow, )<br>Individually, )<br>)<br>Defendants. ) | **ORDER** |

This matter is before the court on the joint motion of plaintiff and the non-defaulted defendants for a court-hosted settlement conference pursuant to Local ADR Rule 101.2, EDNC. The motion is ALLOWED. The case is hereby REFERRED to U.S. Magistrate Judge James E. Gates for a settlement conference. The conference is SET for 15 August 2017 at 11:00 a.m., in the sixth floor courtroom, Terry Sanford Federal Building, 310 New Bern Avenue, Raleigh, North Carolina. A representative from and counsel for Colony Insurance may participate in the settlement conference.

SO ORDERED. This 6 day of July 2017.

JAMES C. DEVER III
Chief United States District Judge